United States Courts
Southern District of Texas
FILED

*March 04, 2025*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.** <span style="color:red">**M-25-433**</span> |
| | § | |
| **VIDAL CLEMENTE JR.** | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about September 5, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**VIDAL CLEMENTE JR.**

did knowingly and unlawfully possess a machinegun, to wit: One (1) assault rifle-style machinegun conversion device.

In violation of Title 18, United States Code, Section 922(o)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to the defendant,

**VIDAL CLEMENTE JR.**

that upon conviction of a violation of Title 18, United States Code, Section 922(o), all firearms and conversion devices involved in said violation are subject to forfeiture, including but not limited to, the following:

- One (1) assault rifle-style machinegun conversion device

A TRUE BILL

_____

FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY